THE STATE, EX REL. MCCARTY, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State, ex rel. McCarty, v. Indus. Comm.* (1992), 62 Ohio St.3d 428.]

(No. 90–1895—Submitted November 5, 1991—Decided February 5, 1992.)

*Pencheff, King, Forman & Sullivan Co., L.P.A.,* and *Richard J. Forman,* for appellant.

*Lee I. Fisher,* Attorney General, *Michael L. Squillace* and *Gerald H. Waterman,* for appellee Industrial Commission.

---

*Per Curiam.* The commission's boilerplate recitation of nonmedical disability factors does not satisfy the evidentiary requirements of *Noll, supra.* Pursuant to *Noll* we hereby affirm the judgment of the court of appeals which directed the commission to issue an order that complies with the directives set forth in that decision.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.